UNITED STATES *versus* TWO HUNDRED AND EIGHTY-THREE PAIRS LEGGINGS, THREE HUNDRED AND FORTY-EIGHT INDIAN CALICO SHIRTS, FIVE HUNDRED AND FORTY STRIPED COTTON SHIRTS, FOURTEEN THREE POINT BLANKETS, ONE HUNDRED AND FORTY-EIGHT TWO AND ONE-HALF POINT BLANKETS, SIXTY-ONE TWO POINT BLANKETS, SIXTY-EIGHT ONE AND ONE-HALF POINT BLANKETS, FORTY-SEVEN ONE POINT BLANKETS, SIXTEEN GREEN CLOTH BLANKETS, ONE HUNDRED AND FORTY BLACK CLOTH BLANKETS, ONE HUNDRED AND THIRTY RED

CLOTH BLANKETS, SIX CLOTH BLANKETS DIFFERENT COLORS, ONE HUNDRED AND FORTY BLUE CLOTH BREECH CLOUTS, SIX YARDS BLUE CLOTH SINGLE WIDTH, EIGHT AND ONE-HALF DOZEN INDIAN KNIVES, CLAIMED BY JOSEPH CAMPAU. ▮

JOURNAL ENTRIES: (1) Dec. 7, 1829: libel filed, time fixed for trial, notice ordered published; (2) Dec. 28, 1829: publication proved, claim filed, bond filed, claimant allowed to prosecute claim; (3) May 4, 1830: leave to amend pleas granted; (4) May 24, 1830: demurrer to plea in abatement filed by United States argued and submitted; (5) May 28, 1830: demurrer sustained, libellant ruled to plead over; (6) Dec. 7, 1830: motion by United States attorney for leave to withdraw demurrer and to file replication; (7) Dec. 9, 1830: discontinued, reasonable cause for seizure certified.

PAPERS IN FILE (1829–30): (1) Libel; (2) proof of posting notice, published notice, proof of publication; (3) printer's bill; (4) claim; (5) claimant's bond; (6) claimant's plea; (7) libellant's plea in abatement; (8) demurrer to plea in abatement; (9) joinder in demurrer; (10) demurrer and replication to pleas of claimant; (11) joinder in demurrer; (12) discontinuance. *File No.* 36 of 1829.